IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DOROTHY MARLER, | ) |
| Plaintiff, | ) |
| vs. | ) Cause No:  4:20-CV-790 |
| WAL-MART STORES EAST I, LP, | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL

It is hereby stipulated by and between Plaintiff and Defendant, that Plaintiff's cause of action shall be dismissed with prejudice, and that each party shall bear their own court costs.

Witness our hands this 24th day of February, 2021 at St. Louis, Missouri.

/s/ *Andrew L. Mandel*
Alan S. Mandel  #29137MO
Andrew L. Mandel, #31430MO
MANDEL & MANDEL, LLP
Attorneys for Plaintiff
1010 Market Street, Suite 850
St. Louis, MO 63101
(314) 621-1701
(314) 621-4800 (Fax)
alan@mandelmandel.com
andy@mandelmandel.com

/s/ *John P. Rahoy*
John P. Rahoy  #41896MO
BROWN & JAMES, P.C.
Attorneys for Defendant
800 Market Street, Suite 1100
St. Louis, Missouri  63101
(314) 421-3400
(314) 421-3128 (Fax)
jrahoy@bjpc.com

JAM/llw
25376804.1